UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTONIO AUSTIN HANER, JR.,

    Plaintiff,

v.                                                  Case No. 3:25cv629-TKW-HTC

ANNA MARIE HOMMINGA, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Plaintiff's objection (Doc. 6). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be transferred to the District of Arizona under 28 U.S.C. §1404(a). Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **TRANSFERRED** to the United States District Court for the District of Arizona under 28 U.S.C. §1404(a).

    3.    All pending motions are **DENIED as moot**.

4. The Clerk shall effectuate the transfer and close this case.

**DONE AND ORDERED** this 23rd day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv629-TKW-HTC